**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6417**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

TONY B. GERMAN, a/k/a Antonio,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:02-cr-00802-TLW-1; 4:11-cv-70004-TLW)

_____

Submitted:  May 19, 2011              Decided:  May 24, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tony B. German, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony B. German appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. German, Nos. 4:02-cr-00802-TLW-1; 4:11-cv-70004-TLW (D.S.C. Mar. 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED